UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRYSTAL PALOS, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALL AMERICAN HOMECARE AGENCY INC., and ALBERT ISAKOV, in his individual and corporate capacity,<br><br>Defendants. | Case No.: 1:17-cv-05360-GBD<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVING PALOS' SERVICE AWARD, AND APPROVING PLAINTIFFS' ATTORNEYS' FEES** |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**

A Motion for Final Approval of Class Action Settlement came before this Court the Honorable Judge George B. Daniels presiding on August 16, 2018. The Court having considered the papers submitted in support of the Motion, **HEREBY ORDERS:**

1. This Court **CERTIFIES** the following class/collective for settlement purposes only as follows: Intake coordinators, currently and/or formerly employed by Defendants at All American Homecare Agency, Inc. in New York from July 14, 2011 through May 27, 2018, the date of preliminary settlement approval.

2. The Court **FINDS** that the Settlement Agreement entered into between Plaintiff Krystal Palos and Defendants All American Homecare Agency, Inc. and Albert Isakov of April 24, 2018, is fair, reasonable, and adequate. Accordingly, the Proposed Settlement is approved.

3. The Court **FINDS** that this action is maintainable as a class and collective action for settlement purposes.

4. The Court **APPROVES** Plaintiff Krystal Palos as Class Representative.

5. The Court **APPOINTS** Benjamin D. Weisenberg of The Ottinger Firm, P.C. as Class Counsel and **APPROVES** Class Counsel's request for attorneys' fees in the amount of $93,577.00, and reimbursement of costs in the amount of $698.38, to be paid from the Settlement Fund.

6. The Court **ORDERS** Rust Consulting ("Claims Administrator") to administer the remaining terms of the Settlement and to distribute funds to Plaintiffs and Class Counsel within twenty business days of the entry of this Order, as consistent with the Settlement Agreement entered into by the Parties.

7. The Court **RETAINS** exclusive jurisdiction over this action to consider all further matters arising out of or connected with the administration of the Settlement.

**IT IS SO ORDERED.**

Dated: _____        By _____
                                      Hon. Judge George B. Daniels
                                      District Judge